ACCEPTED
12-15-00134-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/12/2015 4:24:54 PM
CATHY LUSK
CLERK

# IN THE COURT OF APPEALS
## TWELFTH SUPREME JUDICIAL DISTRICT
### TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/12/2015 4:24:54 PM

CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| **JOHNNY PEEVY** | § | |
| **Appellant,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. 12-15--00134-CV** |
| | § | |
| **ROY GENE BUTLER** | § | |
| **Appellee.** | § | |

## MOTION TO EXTEND TIME FOR FILING
## APPELLANT'S BRIEF (UNOPPOSED)

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Johnny Peevy, Appellant in this cause, and files this Motion to Extend Time for Filing Appellant's Brief, and in support of this motion shows:

### I.

This Motion is unopposed. This case is a restricted appeal from a default judgment in a proceeding in the 241st Judicial District Court of Smith County, Texas, Cause No. 14-1354-C, entitled Roy Gene Butler v. Johnny Peevy, which was signed on November 21, 2014.

### II.

The appeal was perfected by the filing of a notice of restricted appeal in accordance with Texas Rules of Appellate Procedure.

### III.

The time for filing Appellant's Brief in this case will expire on August 17, 2015. This motion is to extend the time for filing the brief for 45 days or until September 20, 2015. This is the first such motion filed by Appellant. Counsel for Appellee has no objection to the extension of time sought hereby.

### IV.

Appellant's attorney needs the additional time within which to complete the Appellant's brief. This

extension is required due to the attorney's trial schedule. Furthermore, Appellant received notice of the Clerk's Record being filed while Appellant's attorney of record was out of the country on vacation. Appellant's attorney had an associate working on this matter who did not complete said Brief prior to leaving the law practice or advise the undersigned of the filing of the Clerk's record and receipt of prior correspondence from this Court.

V.

This motion is verified.

WHEREFORE, Appellant requests that:

1.    This Court grant Appellant's motion and extend the time for filing the brief in this cause until September 20, 2015.

2.    This Court grant such other and further relief to which Appellant is justly entitled.

Respectfully submitted,

John F. Berry, P.C.
100 Independence Place #400
Tyler, Texas 75703
(903) 561-4200
(903) 561-8922 FAX

By: _____
JOHN F. BERRY
State Bar No. 02236650
Attorney for Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing motion has been sent by facsimile transmission on this the 12th day of August, 2015 to Ronnie Horsley at (903) 593-3450 and Stephen Hubbard at (903) 597-7702.

_____
John F. Berry

## VERIFICATION

STATE OF TEXAS         §
                                   §

COUNTY OF SMITH       §

BEFORE ME, the undersigned authority, on this day personally appeared JOHN F. BERRY, who being by me duly sworn on his oath deposed and said that he is the attorney of record for Johnny Peevy, Appellant in the above entitled and numbered cause; that he has read the above and foregoing motion, and that every statement contained therein is within his personal knowledge and is true and correct.

_____
John F. Berry, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on the 12th day of August, 2015, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

JAMIE M. MAYER
Notary Public, State of Texas
My Commission Expires
August 29, 2017